✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | CALIFORNIA |
|---|---|---|

UNITED STATES OF AMERICA

v.

SHELLY ANN HUFF

**APPEARANCE**

Case Number:  07MJ2845

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

SHELLY ANN HUFF

I certify that I am admitted to practice in this court.PRO HAC VICE.

| 12/12/2007 | /s/ LINDA LOPEZ |
|---|---|
| Date | Signature |

| Linda Lopez/ Federal Defenders of SD | 177301 |
|---|---|
| Print Name | Bar Number |

| 225 Broadway, Suite 900 |
|---|
| Address |

| San Diego, | CA | 92101 |
|---|---|---|
| City | State | Zip Code |

| (619) 234-8467 | (619) 687-2666 |
|---|---|
| Phone Number | Fax Number |

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

best of her information and belief, and that a copy of the foregoing document has been served

this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: December 12, 2007                                      ____/s/  Linda Lopez_____
                                                             LINDA LOPEZ
                                                             Federal Defenders of San Diego, Inc.
                                                             225 Broadway, Suite 900
                                                             San Diego, CA 92101-5030
                                                             (619) 234-8467  (tel)
                                                             (619) 687-2666  (fax)
                                                             e-mail: Linda_Lopez@fd.org