# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. 07CR3398-BTM |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | RELEASING MATERIAL WITNESS |
| Shelly Ann Huff et al ) | Booking No. |
| Defendant(s) ) | |

On order of the United States District/Magistrate Judge, **Major**.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / <u>Order of Court</u>).

**Ricardo Manzo-Sanchez**

DATED: 12/20/07

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____ Deputy Clerk